1   JAMES R. GREINER, ESQ.
    CALIFORNIA STATE BAR NUMBER 123357
2   LAW OFFICES OF JAMES R. GREINER
    555 UNIVERSITY AVENUE, SUITE 290
3   SACRAMENTO, CALIFORNIA 95825
    TELEPHONE: (916) 649-2006
4   FAX: (916) 920-7951

5   ATTORNEY FOR DEFENDANT
    PEDRO GUTIERREZ-VALENCIA
6

7

8

9                  IN THE UNITED STATES DISTRICT COURT FOR THE

10                      EASTERN DISTRICT OF CALIFORNIA

11
                                        )   No. 2:09-CR-407 FCD
12   UNITED STATES OF AMERICA,           )
                                         )   **STIPULATION AND ORDER CONTINUING**
13             Plaintiff,                )   **STATUS CONFERENCE DATE AND**
                                         )   **EXCLUDING TIME UNDER THE SPEEDY**
14        v.                             )   **TRIAL ACT**
                                         )
15   MARIA DEL ROCIO ARCEO-              )   Date:  November 2, 2009
     RANGEL, et al.,                     )   Time:  9:30 a.m.
16                                       )   Court: Hon. Frank C. Damrell, Jr.
               Defendants.               )
17   _____)

18

19        It is hereby stipulated and agreed by and between plaintiff

20   United States of America, on the one hand, and defendants:  1)

21   Maria Del Rocio Arceo-Rangel, represented by her attorney Mr.

22   Michael D. Long; 2) Erica Beatriz Martinez-Rangel represented by

23   her attorney Mr. Hayes H. Gable, III; 3) Martin Garcia-Chavez

24   represented by his attorney Mr. Michael B. Bigelow; 4) Isidro

25   Gutierrez-Valencia represented by his attorney Ms. Dina L.

26   Santos; 5) Cruz Manzo-Gonzales represented by his attorney Mr.

27   John R. Manning; 6) Alfredo Gallardo-Sosa represented by his

28   attorney Mr. Olaf W. Hedberg; 7) Luis Renee Estrada Castanon

                                    1

represented by his attorney Mr. Michael E. Hansen; 8) Walter
Maruicio Lopez-Perez represented by Mr. Dan F. Koukol; 9)
Gumersindo Perez-Herrera represented by his attorney Mr. Michael
L. Chastaine; 10) Jorge Hiriberto Andrade-Torres represented by
his attorney Mr. Kirk McAllister; 11) Ricardo Castellanos-Cordova
represented by his attorney Mr. Clemente M. Jimenez; 12)Jesus
Munoz-Castanon represented by his attorney Mr. Carl E. Larson and
13) Pedro Gutierrez-Valencia represented by his attorney, Mr.
James R. Greiner, on the other hand, through their respective
attorneys, that:  (1) the status conference scheduled for
November 2, 2009, at 9:30 a.m., shall be continued to February 8,
2010, at 10:00 a.m.; and (2) time from the date of this
stipulation through, and including, the date of the status
conference on February 8, 2010, shall be excluded from
computation of time within which the trial of this matter must be
commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §
3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 and T4.

The parties note that there are thirteen defendants in this
case; the evidence gathered in this case spans two judicial
districts, namely, the Eastern District of California
and the District of Nevada; there have been multiple interviews
of various defendants conducted in the Spanish language and those
interviews must translated to the English language; many of the
defendants are Spanish speakers with whom their counsel will have
to communicate with them through an English/Spanish interpreter;
and there has been a substantial amount of discovery produced by
the United States to defendants which discovery must be reviewed
by the defense attorneys and translated through an

1 English/Spanish interpreter for Spanish-speaking only defendants.

2 Each defense attorney also need additional time to conduct legal

3 research and the defense investigation.

4      Based on these facts, the parties stipulate and agree that

5 it is unreasonable to expect adequate preparation for pretrial

6 proceedings and trial itself within the time limits established

7 in § 3161.   In addition, the parties stipulate and agree that the

8 continuance requested herein is necessary to provide defense

9 counsel reasonable time to prepare their respective clients'

10 defenses taking into account due diligence.

11 DATED: 10-30-09

12                              /s/ Michael D. Long
                               by e mail authorization

13                              _____

14                              Michael D. Long
                               Attorney for Defendant
15                             Maria Del Rocio Arceo-Rnagel

16 DATED: 10-30-09             /s/ Hayes H. Gable, III
                               by e mail authorization

17                              _____
                               Hayes H. Gable, III
18                             Attorney for Defendant
                               Erica Beatriz Martinez-Rangel

19

20 DATED: 10-30-09             /s/ Michael B. Bigelow
                               by e mail authorization

21                              _____
                               Michael B. Bigelow
22                             Attorney for Defendant
                               Martin Garcia-Chavez

23

24 DATED: 10-30-09             /s/ Dina L. Santos
                               by e mail authorization

25                              _____
                               Dina L. Santos
26                             Attorney for Defendant
                               Isidro Gutierrez-Valencia

27

28

1   DATED: 10-30-09                 /s/ John R. Manning
                                    by e mail authorization
2
                                    _____
3                                   John R. Manning
                                    Attorney for Defendant
4                                   Cruz Manzo-Gonzalez

5   DATED: 10-30-09                 /s/ Olaf W. Hedberg
                                    by e mail authorization
6
                                    _____
7                                   Olaf W. Hedberg
                                    Attorney for Defendant
8                                   Alfredo Gallardo-Sosa

9   DATED: 10-30-09                 /s/ Michael E. Hansen
                                    by e mail authorization
10
                                    _____
11                                  Michael E. Hansen
                                    Attorney for Defendant
12                                  Luis Renee Estrada Castanon

13  DATED: 10-30-09                 /s/ Dan F. Koukol
                                    by e mail authorization
14
                                    _____
15                                  Dan F. Koukol
                                    Attorney for Defendant
16                                  Walter Maruicio Lopez-Perez

17  DATED: 10-30-09                 /s/ Michael L. Chastaine
                                    by e mail authorization
18
                                    _____
19                                  Michael L. Chastaine
                                    Attorney for Defendant
20                                  Gumersindo Perez-Herrera

21  DATED: 10-30-09                 /s/ Kirk McAllister
                                    by e mail authorization
22
                                    _____
23                                  Kirk McAllister
                                    Attorney for Defendant
24                                  Jorge Hiriberto Andrade-Torres

25  DATED: 10-30-09                 /s/ Clemente M. Jimenez
                                    by e mail authorization
26
                                    _____
27                                  Clemente M. Jimenez
                                    Attorney for Defendant
28                                  Ricardo Castellanos-Cordova

                                    4

```
1    DATED: 10-30-09              /s/ Carl E. Larsen
                                  by e mail authorization
2                                 _____
                                  Carl E. Larson
3                                 Attorney for defendant
                                  Jesus Munoz-Castanon
4

5    DATED: 10-30-09              /s/ James R. Greiner
                                  _____
6                                 James R. Greiner
                                  Attorney for Defendant
7                                 Pedro Gutierrez-Valencia

8

9    Dated: 10-30-09             LAWRENCE G. BROWN
                                 UNITED STATES ATTORNEY
10
                                 /s/ Samuel Wong
11                       By:     _____
                                 SAMUEL WONG
12                               Assistant U.S. Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

1                              **ORDER**

2          The Court, having received, read, and considered the

3    stipulation of the parties, and good cause appearing therefrom,

4    adopts the stipulation of the parties in its entirety as its

5    order.  Based on the stipulation of the parties and the

6    recitation of facts contained therein, the Court finds that this

7    case is unusual and complex and that it is unreasonable to expect

8    adequate preparation for pretrial proceedings and trial itself

9    within the time limits established in 18 U.S.C. § 3161.  In

10   addition, the Court specifically finds that the failure to grant

11   a continuance in this case would deny defense counsel reasonable

12   time necessary for effective preparation, taking into account the

13   exercise of due diligence.  The Court finds that the ends of

14   justice to be served by granting the requested continuance

15   outweigh the best interests of the public and the defendants in a

16   speedy trial.

17         The Court orders that the time from the date of the parties'

18   stipulation, October 30, 2009, to and including February 8, 2010,

19   shall be excluded from computation of time within which the trial

20   of this case must be commenced under the Speedy Trial Act,

21   pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and

22   Local Codes T2 (unusual and complex case) and T4 (reasonable time

23   for defense counsel to prepare).  It is further ordered that the

24   November 2, 2009, status conference shall be continued until

25   February 8, 2010, at 10:00 a.m.

26   Dated: October 30, 2009

27                              _____

28                              FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE