**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
PEDRO GUTIERREZ-VALENCIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> MARIA DEL ROCIO ) <br> ARCEO-RANGEL, et al., ) <br> ) <br> DEFENDANTS. ) <br> _____) | NO. CR.S-09-407-FCD <br><br> STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE TO MONDAY May 24, 2010 |

**PARTIES TO THE LITIGATION**

The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Mr. Samuel Wong, and the defendants (hereinafter referred to as the defendants): 1) Maria Del Rocio Arceo-Rangel, represented by her attorney Mr. Michael D. Long; 2) Erica Beatriz Martinez-Rangel represented by her attorney Mr. Hayes H. Gable, III; 3)Martin Garcia-Chavez represented by his attorney Mr. Michael B. Bigelow; 4) Isidro Gutierrez-Valencia represented by his attorney Ms. Dina L. Santos; 5) Cruz Manzo-Gonzalez represented by his attorney Mr. John R. Manning; 6) Alfredo Gallardo-Sosa represented by his attorney Mr. Olaf W. Hedberg; 7) Luis Renee Estrada Castanon represented by his attorney Mr. Michael E. Hansen; 8) Walter Maruicio Lopez-Perez represented by Mr. Dan F. Koukol; 9) Gumersindo Perez-Herrera represented by his attorney Mr. Michael L. Chastaine; 10) Jorge

1

1  Heriberto Andrade-Torres represented by his attorney Mr. Kirk McAllister;
2  11) Ricardo Castellanos-Cordova represented by his attorney Mr. Clemente M.
3  Jimenez; 12)Jesus Munoz-Castanon represented by his attorney Mr. Carl E. Larson
4  and 13) Pedro Gutierrez-Valencia represented by his attorney, Mr. James R. Greiner,
5  hereby agree and stipulate that the current date for the status conference in this case,
6  Monday, February 8, 2010, should be vacated and rescheduled to Monday, May 24,
7  2010, at 10:00 a.m. in Courtroom #2, before the Honorable United States District
8  Court Judge Frank C. Damrell, Jr..

9  Further, all of the parties, the United States of America and all of the defendants
10 as stated above, hereby agree and stipulate that time under the Speedy Trial Act
11 should be excluded under Title 18, United States Code Section 3161(h)(7)(A) and
12 (B)(ii) and (iv), corresponding to Local code T-2 (unusual and complex case) and
13 Local Code T-4 (to allow defense counsel time to prepare) from the date of the
14 parties's stipulation, February 5, 2010, to and including Monday, May 24, 2010.

15 The Court's Courtroom deputy, Ms. Michele Krueger, was contacted to ensure
16 the Court was available on Monday, May 24, 2010, and the Court is available. There
17 are no motion schedule dates set in the case. There is no trial date set in the case.

18
19 **PROCEDURAL STATUS OF THE CASE**
20 On September 10 and 17, 2009, the government filed a criminal complaint
21 against all defendants. (See Docket Entries # 1 and 1)
22 On September 18, 2009, the government filed an Indictment charging twelve
23 (12) defendants in Count 1 (conspiracy to manufacture at least 1,000 marijuana plants,
24 Title 21, U.S.C. Section 846 and 841(a)(1)); Count 2 (Manufacture of at least 1,000
25 marijuana plants, Title 21, U.S.C. Section 841(a)(1)), and Count 3 (Possession and
26 Discharge of a firearm in furtherance of a drug trafficking crime , Title 18, U.S.C.
27 Section 924 (c)(A)(1)(i) and (iii)), and charging one defendant in Count 4 (Accessory
28

after the fact, Title 18, U.S.C. Section 3) and a Forfeiture Allegation against twelve (12) of the defendants (Title 21. U.S.C. Section 8539a), Title 18, U.S.C. Section 924(d)(1) and Title 28, U.S.C. Section 2461(c)).

All of the defendants have made their first appearance in Magistrate Court, all defendants have been arraigned on the Indictment and all defendants have pled not guilty and requested a jury trial. (See Docket Entries #'s 18, 20, 35 and 41)

## TIME EXCLUDED UNDER THE SPEEDY TRIAL ACT

The parties (the government and all thirteen (13) defendants) agree and stipulate that with the recent production by the government of the voluminous discovery, the number of defendants involved in the case (13), the complex legal issues involved in the case and the time needed by all defendants (13) to begin to review all of the discovery produced by the government to date, that the interest of justice in granting this reasonable request for a continuance outweighs all other interests in this case for a speedy trial in this case, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-2 (unusual and complex case) and Local Code T-4 (to allow defense counsel time to prepare).

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Samuel Wong, by e mail authorization

DATED: 2-5-10   _____
Samuel Wong
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 2-5-10
/s/ Michael D. Long  by e mail authorization
_____
Michael D. Long

3

```
                              Attorney for Defendant
                              Maria Del Rocio Arceo-Rangel

DATED: 2-5-10                 /s/ Hayes H. Gable, III, by e mail authorization
                              _____
                              Hayes H. Gable, III
                              Attorney for Defendant
                              Erica Beatriz Martinez-Rangel

DATED: 2-5-10                 /s/ Michael B. Bigelow by e mail authorization
                              _____
                              Michael B. Bigelow
                              Attorney for Defendant Martin Garcia-Chavez

DATED: 2-5-10                 /s/ Dina L. Santos by e mail authorization
                              _____
                              Dina L. Santos
                              Attorney for Defendant Isidro Gutierrez-Valencia

DATED: 2-5-10                 /s/ John R. Manning by e mail authorization
                              _____
                              John R. Manning
                              Attorney for Defendant Cruz Manzo-Gonzalez

DATED: 2-5-10                 /s/ Olaf W. Hedberg by e mail authorization
                              _____
                              Olaf W. Hedberg
                              Attorney for Defendant Alfredo Gallardo-Sosa

DATED: 2-5-10                 /s/ Michael E. Hansen by e mail authorization
                              _____
                              Michael E. Hansen
                              Attorney for Defendant Luis Renee Estrada Castanon

DATED: 2-5-10                 /s/ Dan F. Koukol by e mail authorization
                              _____
                              Dan F. Koukol
                              Attorney for Defendant Walter Maruicio Lopez-Perez
```

| | | |
|---|---|---|
| 1 | DATED: 2-5-10 | /s/ Michael L. Chastaine by e mail authorization |
| 2 | | _____ |
| 3 | | Michael L. Chastaine<br>Attorney for Defendant Gumersindo Perez-Herrera |
| 4 | DATED: 2-5-10 | /s/ Kirk McAllister by e mail authorization |
| 5 | | _____ |
| 6 | | Kirk McAllister<br>Attorney for Defendant<br>Jorge Heriberto Andrade-Torres |
| 7 | DATED: 2-5-10 | /s/ Clemente M. Jimenez by e mail authorization |
| 8 | | _____<br>Clemente M. Jimenez<br>Attorney for Defendant Ricardo Castellanos-Cordova |
| 9 | DATED: 2-5-10 | /s/ Carl E. Larsen by e mail authorization |
| 10 | | _____ |
| 11 | | Carl E. Larson<br>Attorney for defendant Jesus Munoz-Castanon |
| 12 | DATED: 2-5-10 | /s/ James R. Greiner |
| 13 | | _____<br>James R. Greiner<br>Attorney for Defendant Pedro Gutierrez-Valencia |

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that this case is unusual and complex and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public

1  and the defendants in a speedy trial.
2      The Court orders that the time from the date of the parties' stipulation, February 5, 2010, to and including May 24, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare). It is further ordered that the February 8, 2010, status conference shall be continued until May 24, 2010, at 10:00 a.m.

**FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**

DATED: February 5, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE