JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
CRUZ MANZO-GONZALEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MARIA DEL ROCIO ARCEO-RANGEL,
et al.,

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. CR-S-09-407 FCD

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

Judge:  Honorable Frank C. Damrell, Jr.

IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Samuel Wong, Assistant United States Attorney, together with counsel for defendant Maria Del Rocio Arceo-Rangel, Michael D. Long, Esq., counsel for defendant Erica Beatriz Martinez-Rangel, Hayes H. Gable, III, Esq., counsel for defendant Martin Garcia-Chavez, Michael B. Bigelow, Esq., counsel for defendant Isidro Gutierrez-Valencia,  Dina L. Santos, Esq., counsel for defendant Cruz Manzo-Gonzalez, John R. Manning, Esq., counsel for defendant Alfredo Gallardo-Sosa, Jesse Ortiz, Esq., counsel for defendant Luis Renee Estrada Castanon, Michael E. Hansen, Esq., counsel for defendant Walter Marcuicio Lopez-Perez, Julia Vera, Esq., counsel for defendant Gumersindo Perez-Herrera, Preeti K. Bajwa, counsel for defendant Jorge Heriberto Andrade-Torres, Kirk McAllister, Esq., counsel for defendant Ricardo Castellanos-Cordova, Clemente M. Jimenez, Esq., counsel for defendant Jesus Munoz-Castanon, Carl E. Larson, Esq., and counsel for defendant Pedro Gutierrez-Valencia, James R. Greiner,

Esq., hereby agree and stipulate that the status conference presently set for May 24, 2010 be **continued to September 13, 2010, at 10:00 a.m.,** thus **vacating** the presently set status conference.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that time under the Speedy Trial Act should be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local code T-2 (unusual and complex case) and Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, May 19, 2010, to and including Monday September 13, 2010.

### PROCEDURAL STATUS OF THE CASE

On September 10 and 17, 2009, the government filed a criminal complaint against all defendants.  (See Docket Entries #1 and 1)

On September 18, 2009, the government filed an Indictment charging twelve (12) defendants in Count 1 (conspiracy to manufacture at least 1,000 marijuana plants, Title 21, U.S.C. Sections 846 and 841 (a)(1)), Count 2 (manufacture of at least 1,000 marijuana plants, Title 21, U.S.C. Section 841 (a)(1)), and Count 3 (possession and discharge of a firearm in furtherance of a drug trafficking crime), Title 18, U.S.C. Section 924 (c)(1)(A)(i) and (iii)), and charging one defendant in Count 4 (accessory after the fact, Title 18, U.S.C. Section 3) and a Forfeiture Allegation against twelve (12) of the defendants (Title 21, U.S.C. Section 853(a), Title 18, U.S.C. Section 924(d)(1) and Title 28, U.S.C. Section 2461 (c)).

### TIME EXCLUDED UNDER THE SPEEDY TRIAL ACT

The parties (the government and all thirteen (13) defendants) agree and stipulate that with the voluminous discovery, the number of defendants involved in the case (13), the complex legal issues involved in the case and the time needed by all defendants (13) to review all of the discovery produced by the government to date, it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in § 3161.  In addition, the parties stipulate and agree that the continuance requested herein is necessary to provide

defense counsel reasonable time to prepare their respective clients' defenses taking into account due diligence and that the interests of justice in granting this reasonable request for a continuance outweighs the best interests of the public and defendants for a speedy trial in this case, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-2 (unusual and complex case) and Local Code T-4 (to allow defense counsel time to prepare).

Respectfully submitted:

Dated: May 19, 2010                   /s/  Michael D. Long
                                      MICHAEL D. LONG
                                      Attorney for Defendant
                                      Maria Del Rocio Arceo-Rangel

Dated: May 19, 2010                   /s/  Michael B. Bigelow
                                      MICHAEL B. BIGELOW
                                      Attorney for Defendant
                                      Martin Garcia-Chavez

Dated: May 19, 2010                   /s/  Hayes H. Gable
                                      HAYES H. GABLE
                                      Attorney for Defendant
                                      Erica Beatriz Martinez-Rangel

Dated: May 19, 2010                   /s/  Dina L. Santos
                                      DINA L. SANTOS
                                      Attorney for Defendant
                                      Isidro Gutierrez-Valencia

Dated: May 19, 2010                   /s/  John R. Manning
                                      JOHN R. MANNING
                                      Attorney for Defendant
                                      Cruz Manzo-Gonzalez

Dated: May 19, 2010                   /s/  Clemente M. Jimenez
                                      CLEMENTE M. JIMENEZ
                                      Attorney for Defendant
                                      Ricardo Castellanos-Cordova

Dated: May 19, 2010                   /s/  Michael E. Hansen
                                      MICHAEL E. HANSEN
                                      Attorney for Defendant
                                      Luis Renee Estrada Castanon

Dated: May 19, 2010                                    /s/ Jesse Ortiz
                                                       JESSE ORTIZ
                                                       Attorney for Defendant
                                                       Alfredo Gallardo-Sosa

Dated: May 19, 2010                                    /s/ Julia Vera
                                                       JULIA VERA
                                                       Attorney for Defendant
                                                       Walter Maruicio Lopez-Perez

Dated: May 19, 2010                                    /s/ Preeti K. Bajwa
                                                       PREETI K. BAJWA
                                                       Attorney for Defendant
                                                       Gumersindo Perez-Herrera

Dated: May 19, 2010                                    /s/ Kirk McAllister
                                                       KIRK MCALLISTER
                                                       Attorney for Defendant
                                                       Jorge Heriberto Andrade-Torres

Dated: May 19, 2010                                    /s/ Carl E. Larson
                                                       CARL E. LARSON
                                                       Attorney for Defendant
                                                       Jesus Munoz-Castanon

Dated: May 19, 2010                                    /s/ James R. Greiner
                                                       JAMES R. GREINER
                                                       Attorney for Defendant
                                                       Pedro Gutierrez-Valencia

Dated: May 19, 2010                                    Benjamin B. Wagner
                                                       United States Attorney

                                            by:        /s/ Samuel Wong
                                                       SAMUEL WONG
                                                       Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  May 20, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE