JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
CRUZ MANZO-GONZALEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-09-407 FCD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| MARIA DEL ROCIO ARCEO-RANGEL, et al., | Judge: Honorable Frank C. Damrell, Jr. |
| Defendants. | |

IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Samuel Wong, Assistant United States Attorney, together with counsel for defendant Maria Del Rocio Arceo-Rangel, Michael D. Long, Esq., counsel for defendant Erica Beatriz Martinez-Rangel, Hayes H. Gable, III, Esq., counsel for defendant Martin Garcia-Chavez, Michael B. Bigelow, Esq., counsel for defendant Isidro Gutierrez-Valencia, Dina L. Santos, Esq., counsel for defendant Cruz Manzo-Gonzalez, John R. Manning, Esq., counsel for defendant Alfredo Gallardo-Sosa, Jesse Ortiz, Esq., counsel for defendant Luis Renee Estrada Castanon, Michael E. Hansen, Esq., counsel for defendant Walter Marcuicio Lopez-Perez, Julia Vera, Esq., counsel for defendant Gumersindo Perez-Herrera, Preeti K. Bajwa, counsel for defendant Jorge Heriberto Andrade-Torres, Kirk McAllister, Esq., counsel for defendant Ricardo Castellanos-Cordova, Clemente M. Jimenez, Esq., counsel for defendant Jesus Munoz-Castanon, Carl E. Larson, Esq., and counsel for defendant Pedro Gutierrez-Valencia, James R. Greiner,

1

Esq., hereby agree and stipulate that the status conference presently set for September 13, 2010 be **continued to January 10, 2011, at 10:00 a.m.,** thus **vacating** the presently set status conference.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that time under the Speedy Trial Act should be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local code T-2 (unusual and complex case) and Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, September 9, 2010, to and including Monday January 10, 2011.

## PROCEDURAL STATUS OF THE CASE

On September 10 and 17, 2009, the government filed a criminal complaint against all defendants. (See Docket Entries #1 and 1)

On September 18, 2009, the government filed an Indictment charging twelve (12) defendants in Count 1 (conspiracy to manufacture at least 1,000 marijuana plants, Title 21, U.S.C. Sections 846 and 841 (a)(1)), Count 2 (manufacture of at least 1,000 marijuana plants, Title 21, U.S.C. Section 841 (a)(1)), and Count 3 (possession and discharge of a firearm in furtherance of a drug trafficking crime), Title 18, U.S.C. Section 924 (c)(1)(A)(i) and (iii)), and charging one defendant in Count 4 (accessory after the fact, Title 18, U.S.C. Section 3) and a Forfeiture Allegation against twelve (12) of the defendants (Title 21, U.S.C. Section 853(a), Title 18, U.S.C. Section 924(d)(1) and Title 28, U.S.C. Section 2461 (c)).

## TIME EXCLUDED UNDER THE SPEEDY TRIAL ACT

The parties (the government and all thirteen (13) defendants) agree and stipulate that with the voluminous discovery, the number of defendants involved in the case (13), the complex legal issues involved in the case and the time needed by all defendants (13) to review all of the discovery produced by the government to date, it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in § 3161. In addition, the parties stipulate and agree that the continuance requested herein is necessary to provide

defense counsel reasonable time to prepare their respective clients' defenses taking into account due diligence and that the interests of justice in granting this reasonable request for a continuance outweighs the best interests of the public and defendants for a speedy trial in this case, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-2 (unusual and complex case) and Local Code T-4 (to allow defense counsel time to prepare).

Respectfully submitted:

Dated: September 9, 2010        /s/  Michael D. Long
                                MICHAEL D. LONG
                                Attorney for Defendant
                                Maria Del Rocio Arceo-Rangel

Dated: September 9, 2010        /s/  Michael B. Bigelow
                                MICHAEL B. BIGELOW
                                Attorney for Defendant
                                Martin Garcia-Chavez

Dated: September 9, 2010        /s/  Hayes H. Gable
                                HAYES H. GABLE
                                Attorney for Defendant
                                Erica Beatriz Martinez-Rangel

Dated: September 9, 2010        /s/  Dina L. Santos
                                DINA L. SANTOS
                                Attorney for Defendant
                                Isidro Gutierrez-Valencia

Dated: September 9, 2010        /s/  John R. Manning
                                JOHN R. MANNING
                                Attorney for Defendant
                                Cruz Manzo-Gonzalez

Dated: September 9, 2010        /s/  Clemente M. Jimenez
                                CLEMENTE M. JIMENEZ
                                Attorney for Defendant
                                Ricardo Castellanos-Cordova

Dated: September 9, 2010        /s/  Michael E. Hansen
                                MICHAEL E. HANSEN
                                Attorney for Defendant
                                Luis Renee Estrada Castanon

Dated: September 9, 2010                              /s/  Jesse Ortiz
                                                      JESSE ORTIZ
                                                      Attorney for Defendant
                                                      Alfredo Gallardo-Sosa


Dated: September 9, 2010                              /s/  Julia Vera
                                                      JULIA VERA
                                                      Attorney for Defendant
                                                      Walter Maruicio Lopez-Perez

Dated: September 9, 2010                              /s/  Preeti K. Bajwa
                                                      PREETI K. BAJWA
                                                      Attorney for Defendant
                                                      Gumersindo Perez-Herrera

Dated: September 9, 2010                              /s/  Kirk McAllister
                                                      KIRK MCALLISTER
                                                      Attorney for Defendant
                                                      Jorge Heriberto Andrade-Torres

Dated: September 9, 2010                              /s/  Carl E. Larson
                                                      CARL E. LARSON
                                                      Attorney for Defendant
                                                      Jesus Munoz-Castanon

Dated: September 9, 2010                              /s/  James R. Greiner
                                                      JAMES R. GREINER
                                                      Attorney for Defendant
                                                      Pedro Gutierrez-Valencia


Dated: September 9, 2010                              Benjamin B. Wagner
                                                      United States Attorney

                                              by:     /s/ Samuel Wong
                                                      SAMUEL WONG
                                                      Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
CRUZ MANZO-GONZALEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-0407 FCD |
| Plaintiff, ) | ORDER TO CONTINUE STATUS CONFERNCE |
| v. ) | |
| MARIA DEL ROCIO ARCEO-RANGEL, ) et al., ) | |
| Defendants. ) | |

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that this case is unusual and complex and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

5

The Court orders that the time from the date of the parties' stipulation, September 9, 2010, to and including January 10, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare).  It is further ordered that the September 13, 2010, status conference shall be continued until January 10, 2011, at 10:00 a.m.

     IT IS SO ORDERED.

Dated: September 9, 2010

                                         FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE