JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
CRUZ MANZO-GONZALEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-09-407 FCD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| MARIA DEL ROCIO ARCEO-RANGEL, et al., | Judge: Honorable Frank C. Damrell, Jr. |
| Defendants. | |

IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Samuel Wong, Assistant United States Attorney, together with counsel for defendant Maria Del Rocio Arceo-Rangel, Michael D. Long, Esq., counsel for defendant Erica Beatriz Martinez-Rangel, Hayes H. Gable, III, Esq., counsel for defendant Martin Garcia-Chavez, Michael B. Bigelow, Esq., counsel for defendant Isidro Gutierrez-Valencia, Dina L. Santos, Esq., counsel for defendant Cruz Manzo-Gonzalez, John R. Manning, Esq., counsel for defendant Alfredo Gallardo-Sosa, Jesse Ortiz, Esq., counsel for defendant Luis Renee Estrada Castanon, Michael E. Hansen, Esq., counsel for defendant Walter Marcuicio Lopez-Perez, Julia Vera, Esq., counsel for defendant Gumersindo Perez-Herrera, Preeti K. Bajwa, counsel for defendant Jorge Heriberto Andrade-Torres, Kirk McAllister, Esq., counsel for defendant Ricardo Castellanos-Cordova, Clemente M. Jimenez, Esq., counsel for defendant Jesus Munoz-Castanon, Carl E. Larson, Esq., and counsel for defendant Pedro Gutierrez-Valencia, James R. Greiner,

Esq., hereby agree and stipulate that the status conference presently set for January 10, 2011 be **continued to February 3, 2011, at 10:00 a.m. before the Honorable Kimberly J. Mueller**, thus **vacating** the presently set status conference.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that time under the Speedy Trial Act should be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local code T-2 (unusual and complex case) and Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, January 6, 2011, to and including Thursday February 3, 2011.

## PROCEDURAL STATUS OF THE CASE

On September 10 and 17, 2009, the government filed a criminal complaint against all defendants.  (See Docket Entries #1 and 1)

On September 18, 2009, the government filed an Indictment charging twelve (12) defendants in Count 1 (conspiracy to manufacture at least 1,000 marijuana plants, Title 21, U.S.C. Sections 846 and 841 (a)(1)), Count 2 (manufacture of at least 1,000 marijuana plants, Title 21, U.S.C. Section 841 (a)(1)), and Count 3 (possession and discharge of a firearm in furtherance of a drug trafficking crime), Title 18, U.S.C. Section 924 (c)(1)(A)(i) and (iii)), and charging one defendant in Count 4 (accessory after the fact, Title 18, U.S.C. Section 3) and a Forfeiture Allegation against twelve (12) of the defendants (Title 21, U.S.C. Section 853(a), Title 18, U.S.C. Section 924(d)(1) and Title 28, U.S.C. Section 2461 (c)).

## TIME EXCLUDED UNDER THE SPEEDY TRIAL ACT

The parties (the government and all thirteen (13) defendants) agree and stipulate that with the voluminous discovery, the number of defendants involved in the case (13), the complex legal issues involved in the case and the time needed by all defendants (13) to review all of the discovery produced by the government to date, it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in § 3161.  In addition, the parties stipulate and agree that the continuance requested herein is necessary to provide

defense counsel reasonable time to prepare their respective clients' defenses taking into account due diligence and that the interests of justice in granting this reasonable request for a continuance outweighs the best interests of the public and defendants for a speedy trial in this case, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-2 (unusual and complex case) and Local Code T-4 (to allow defense counsel time to prepare).

Respectfully submitted:

Dated: January 6, 2011

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Defendant
Maria Del Rocio Arceo-Rangel

Dated: January 6, 2011

/s/ Michael B. Bigelow
MICHAEL B. BIGELOW
Attorney for Defendant
Martin Garcia-Chavez

Dated: January 6, 2011

/s/ Hayes H. Gable
HAYES H. GABLE
Attorney for Defendant
Erica Beatriz Martinez-Rangel

Dated: January 6, 2011

/s/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
Isidro Gutierrez-Valencia

Dated: January 6, 2011

/s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Cruz Manzo-Gonzalez

Dated: January 6, 2011

/s/ Clemente M. Jimenez
CLEMENTE M. JIMENEZ
Attorney for Defendant
Ricardo Castellanos-Cordova

Dated: January 6, 2011

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
Luis Renee Estrada Castanon

| | |
|---|---|
| Dated: January 6, 2011 | /s/ Jesse Ortiz |
| | JESSE ORTIZ |
| | Attorney for Defendant |
| | Alfredo Gallardo-Sosa |
| Dated: January 6, 2011 | /s/ Julia Vera |
| | JULIA VERA |
| | Attorney for Defendant |
| | Walter Maruicio Lopez-Perez |
| Dated: January 6, 2011 | /s/ Preeti K. Bajwa |
| | PREETI K. BAJWA |
| | Attorney for Defendant |
| | Gumersindo Perez-Herrera |
| Dated: January 6, 2011 | /s/ Kirk McAllister |
| | KIRK MCALLISTER |
| | Attorney for Defendant |
| | Jorge Heriberto Andrade-Torres |
| Dated: January 6, 2011 | /s/ Carl E. Larson |
| | CARL E. LARSON |
| | Attorney for Defendant |
| | Jesus Munoz-Castanon |
| Dated: January 6, 2011 | /s/ James R. Greiner |
| | JAMES R. GREINER |
| | Attorney for Defendant |
| | Pedro Gutierrez-Valencia |
| Dated: January 6, 2011 | Benjamin B. Wagner |
| | United States Attorney |
| | by:   /s/ Samuel Wong |
| | SAMUEL WONG |
| | Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated: January 7, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE