JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
CRUZ MANZO-GONZALEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARIA DEL ROCIO ARCEO-RANGEL,<br>et al.,<br><br>    Defendants. | No. 2:09-cr-00407 KJM<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date:  May 5, 2011<br>Time:  10:00 a.m.<br>Judge:  Honorable Kimberly J. Mueller |

IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Samuel Wong, Assistant United States Attorney, together with counsel for defendant Maria Del Rocio Arceo-Rangel, Michael D. Long, Esq., counsel for defendant Erica Beatriz Martinez-Rangel, Hayes H. Gable, III, Esq., counsel for defendant Martin Garcia-Chavez, Michael B. Bigelow, Esq., counsel for defendant Isidro Gutierrez-Valencia, Dina L. Santos, Esq., counsel for defendant Cruz Manzo-Gonzalez, John R. Manning, Esq., counsel for defendant Alfredo Gallardo-Sosa, Jesse Ortiz, Esq., counsel for defendant Gumersindo Perez-Herrera, Preeti K. Bajwa, counsel for defendant Jorge Heriberto Andrade-Torres, Kirk McAllister, Esq., counsel for defendant Ricardo Castellanos-Cordova, Clemente M. Jimenez, Esq., counsel for defendant Jesus Munoz-Castanon, Carl E. Larson, Esq., counsel for defendant Walter Maruicio Lopez-Sanchez, Dan F. Koukol, Esq., and counsel for defendant Pedro Gutierrez-Valencia, James R. Greiner, Esq., hereby agree and stipulate that the status conference

presently set for May 5, 2011 be **continued to June 23, 2011, at 10:00 a.m.,** thus **vacating** the presently set status conference.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that time under the Speedy Trial Act should be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local code T-2 (unusual and complex case) and Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, May 3, 2011, to and including Thursday June 23, 2011.

## PROCEDURAL STATUS OF THE CASE

On September 10 and 17, 2009, the government filed a criminal complaint against all defendants. (See Docket Entries #1 and 1)

On September 18, 2009, the government filed an Indictment charging twelve defendants in Count 1 (conspiracy to manufacture at least 1,000 marijuana plants, Title 21, U.S.C. Sections 846 and 841 (a)(1)), Count 2 (manufacture of at least 1,000 marijuana plants, Title 21, U.S.C. Section 841 (a)(1)), and Count 3 (possession and discharge of a firearm in furtherance of a drug trafficking crime), Title 18, U.S.C. Section 924 (c)(1)(A)(i and (iii)), and charging one defendant in Count 4 (accessory after the fact, Title 18, U.S.C. Section 3) and a Forfeiture Allegation against twelve of the defendants (Title 21, U.S.C. Section 853(a), Title 18, U.S.C. Section 924(d)(1) and Title 28, U.S.C. Section 2461 (c)).

On March 3, 2011, defendant Luis Rene Estrada Castanon, aka Jesus Estrada Pineda, pled guilty and was convicted on Count Three of the Indictment (possession of a firearm in furtherance of a drug trafficking crime), Title 18, U.S.C. Section 924 (c)(1)(A)(i), and is awaiting sentencing on May 19, 2011.

## TIME EXCLUDED UNDER THE SPEEDY TRIAL ACT

The parties agree and stipulate that with the voluminous discovery, the number of remaining defendants involved in the case (12), the complex legal issues involved in the case and the time needed by the twelve defendants represented by their undersigned counsel to review all of the discovery produced by the government to date, it is unreasonable to expect adequate

1  preparation for pretrial proceedings and trial itself within the time limits established in § 3161.
2  In addition, the parties stipulate and agree that the continuance requested herein is necessary to
3  provide the undersigned defense counsel reasonable time to prepare their respective clients'
4  defenses taking into account due diligence and that the interests of justice in granting this
5  reasonable request for a continuance outweighs the best interests of the public and defendants for
6  a speedy trial in this case, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and
7  (B)(ii) and (iv), corresponding to Local Code T-2 (unusual and complex case) and Local Code T-
8  4 (to allow defense counsel time to prepare).

  Respectfully submitted:

Dated: May 3, 2011    /s/  Michael D. Long
            MICHAEL D. LONG
            Attorney for Defendant
            Maria Del Rocio Arceo-Rangel

Dated: May 3, 2011    /s/  Michael B. Bigelow
            MICHAEL B. BIGELOW
            Attorney for Defendant
            Martin Garcia-Chavez

Dated: May 3, 2011    /s/  Hayes H. Gable
            HAYES H. GABLE
            Attorney for Defendant
            Erica Beatriz Martinez-Rangel

Dated: May 3, 2011    /s/  Dina L. Santos
            DINA L. SANTOS
            Attorney for Defendant
            Isidro Gutierrez-Valencia

Dated:  May 3, 2011    /s/  John R. Manning
            JOHN R. MANNING
            Attorney for Defendant
            Cruz Manzo-Gonzalez

Dated:  May 3, 2011    /s/  Clemente M. Jimenez
            CLEMENTE M. JIMENEZ
            Attorney for Defendant
            Ricardo Castellanos-Cordova

| | |
|---|---|
| Dated: May 3, 2011 | /s/  Jesse Ortiz<br>JESSE ORTIZ<br>Attorney for Defendant<br>Alfredo Gallardo-Sosa |
| Dated: May 3, 2011 | /s/  Preeti K. Bajwa<br>PREETI K. BAJWA<br>Attorney for Defendant<br>Gumersindo Perez-Herrera |
| Dated: May 3, 2011 | /s/  Kirk McAllister<br>KIRK MCALLISTER<br>Attorney for Defendant<br>Jorge Heriberto Andrade-Torres |
| Dated: May 3, 2011 | /s/  Carl E. Larson<br>CARL E. LARSON<br>Attorney for Defendant<br>Jesus Munoz-Castanon |
| Dated: May 3, 2011 | /s/  James R. Greiner<br>JAMES R. GREINER<br>Attorney for Defendant<br>Pedro Gutierrez-Valencia |
| Dated: May 3, 2011 | /s/  Dan F. Koukol<br>DAN F. KOUKOL<br>Attorney for Defendant<br>Walter Maruicio Lopez-Perez |
| Dated: May 3, 2011 | Benjamin B. Wagner<br>United States Attorney |
| by: | /s/ Samuel Wong<br>SAMUEL WONG<br>Assistant U.S. Attorney |

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
CRUZ MANZO-GONZALEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) No. 2:09-cr-00407 KJM
                           )
    Plaintiff,             )
                           ) ORDER TO CONTINUE STATUS
                           ) CONFERNCE
v.                         )
                           )
MARIA DEL ROCIO ARCEO-RANGEL, )
et al.,                    )
                           )
    Defendants.            )
                           )

       The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that this case is unusual and complex and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

1       The Court orders that the time from the date of the parties' stipulation, May 3, 2011, to
2 and including June 23, 2011, shall be excluded from computation of time within which the trial
3 of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §
4 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4
5 (reasonable time for defense counsel to prepare).  It is further ordered that the May 5, 2011,
6 status conference shall be continued until June 23, 2011, at 10:00 a.m.
7       IT IS SO ORDERED.
8 Dated:  May 4, 2011.

                                                         UNITED STATES DISTRICT JUDGE