BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>ISIDRO GUTIERREZ-VALENCIA,<br>MARTIN GARCIA-CHAVEZ, and<br>PEDRO GUTIERREZ-VALENCIA,<br><br>           Defendants. | 2:09-CR-00407-KJM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreements entered into between plaintiff United States of America and defendants Isidro Gutierrez-Valencia, Martin Garcia-Chavez, and Pedro Gutierrez-Valencia, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1.   Pursuant to 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), any title, right, and/or interest of defendants Isidro Gutierrez-Valencia, Martin Garcia-Chavez, and/or Pedro Gutierrez-Valencia in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a)   a Taurus Model PT99AF, 9 millimeter semi-automatic pistol, serial number L23349; and

   b)   a New Haven Model 250C, .22 caliber rifle, no serial number.

   2. The above-listed property constitutes property used, or intended to be used, in any manner or part to commit or to facilitate the commission of a violation of 21 U.S.C. §§ 846 and 841(a)(1) or constitutes firearms involved or used in the knowing commission of a violation of 18 U.S.C. § 924(c)(1)(A)(i) and (ii).

   3. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, in its secure custody and control.

   4. a. Pursuant to 21 U.S.C. § 853(n), 28 U.S.C. § 2461(c), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

   5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), in which all title, rights, and/or interests will be addressed.

   SO ORDERED this 14th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE