HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. M$^c$CLINTOCK, #141313
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Nos.  2:09-cr-00407 KJM |
| ) | 2:16-cv-00916 KJM |
| Respondent-Plaintiff, ) | |
| ) | **APPOINTMENT ORDER** |
| v. ) | |
| ) | |
| MARTIN GARCIA-CHAVEZ, ) | |
| ) | |
| Movant-Defendant. ) | |
| ) | |

Movant MARTIN GARCIA-CHAVEZ, an indigent federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. 2255.  Docket no. 532.  In the section 2255 motion, Mr. Garcia contends that his trial counsel rendered constitutionally ineffective assistance of counsel.[1]

This Court referred this motion to the Office of the Federal Defender Office with the request that it advise the court if it will represent Mr. Garcia on the pending motion.  Docket entry nos. 547, 555.  Having reviewed the docket and motion at issue, the Federal Defender recommends appointment of counsel, but

---

[1] Movant Garcia later filed a § 3582(c)(2) motion to reduce his sentence, Docket no. 536, and a second section 2255 motion concerning the application of *Johnson v. United States*, 135 S.Ct. 2551 (2015), Docket no. 542.  This proposed order does not address either of these other motions.

-1-

cannot itself accept appointment due to a conflict. The Federal Defender represented a codefendant of Mr. Garcia's in the underlying criminal case.

In light of the complexity of the legal issues involved and the possible need for an evidentiary hearing or other evidentiary development, the interests of justice require appointment of counsel. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

If counsel is appointed to represent Movant Garcia, counsel should be granted leave to file a motion to amend or advise the court whether counsel intends to proceed with the pro se section 2255 motion filed April 29, 2016. Movant Garcia should be granted sixty days in which to file a motion to amend or notice of his intent not to amend. The government should then file a response within 60 days of movant's motion to amend or notice of his intent not to amend. Movant should then be allowed 30 days to file a reply.

Due to its conflict, the Federal Defender requests that the Office of the Federal Defender be relieved from assuming appointment in the above captioned case and that attorney Erin J. Radekin be appointed counsel for Movant Garcia.

Dated:  September 2, 2016            Respectfully submitted,

                                     HEATHER E. WILLIAMS
                                     Federal Defender

                                     */s/ Ann C. M<sup>c</sup>Clintock*
                                     ANN C. M<sup>c</sup>CLINTOCK
                                     Assistant Federal Defender

I accept the appointment and ask the order to be granted.

DATED:  September 2, 2016

                                      *s/ Erin J. Radekin*
                                     ERIN J. RADEKIN
                                     1001 G STREET, SUITE 100
                                     SACRAMENTO, CA 95818

                                     Attorney at Law

**O R D E R**

For good cause shown, IT IS HEREBY ORDERED that:

1. Movant Garcia is appointed counsel pursuant to 18 U.S.C. § 3006A(a)(2)(B), with respect to his motion for § 2255 relief filed April 29, 2016;

2. Attorney Erin J. Radekin is appointed to represent Movant Garcia;

3. The Clerk of the Court is directed to serve a copy of the petition (ECF No. 532) and this order on Erin J. Radekin, Attorney at Law, 1001 G Street, Suite 100, Sacramento, CA 95818, erinjradekin@gmail.com; and

4. Movant Garcia is granted sixty days in which to either move to amend the section 2255 motion filed on April 29, 2016, or give notice of his intent to proceed with the pro se motion. The government shall file a response within 60 days of movant's filing and service of a motion to amend or notice of his intent to proceed with the pro se motion. Movant shall have 30 days from the filing and service of the government's response to file a reply.

DATED: September 9, 2016.

UNITED STATES DISTRICT JUDGE